UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Robert Jim III | Docket No. | 1:16-cr-02025-SMJ-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Robert Jim III, who was placed onto pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke in the Court at Yakima, Washington, on the 20th day of April 2016, under the following condition:

**Condition #16**: Defendant shall be restricted to his residence at all times except as pre-approved by the U.S. Pretrial Services Office.

**Condition #17**: The Defendant shall participate in a program of GPS-monitored home confinement. The Defendant shall wear, at all times, a GPS device under the supervision of U.S. Pretrial Services Office. The Defendant shall be prohibited from leaving his residence unless pre-approved by the U.S. Pretrial Services Office and from coming near the alleged victim's residence or work.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by:

**Violation #1:** Failing to abide by location monitoring requirements on April 22, 2016, by deviating from his approved schedule.

**Violation #2**: Failing to abide by location monitoring requirements on or about April 24, 2016, by deviating from his approved schedule.

**Violation #3:** Failing to abide by location monitoring requirements on or about April 29, 2016, by deviating from his approved schedule.

**Violation #4**: Failing to abide by location monitoring requirements on or about May 8, 2016, by deviating from his approved schedule.

**Violation #5:** Failing to abide by location monitoring requirements on or about May 10, 2016, by deviating from his approved schedule.

REQUESTING A WARRANT BE ORDERED AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: May 12, 2016 |
| by | s/Linda Leavitt |
|  | Linda J. Leavitt |
|  | U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*m. k. Dimke*

Signature of Judicial Officer

5/12/2016

Date